# Order

Michigan Supreme Court
Lansing, Michigan

October 26, 2009

139202

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

v

SEAN DOUGLAS WIDNER,
        Defendant-Appellant.

SC: 139202
COA: 283306
Kent CC: 07-005405-FC

_____/

On order of the Court, the application for leave to appeal the June 16, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2009

_____
Clerk

p1019